Magistrate Judge John L. Weinberg

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS PARTLOW,<br><br>Defendant. | No. CR21-122 RAJ<br><br>**ORDER TO SEAL** |

Based on the United States' motion and the representations made therein, it is HEREBY ORDERED that the United States' memorandum in support of its detention motion (including supporting exhibits) be FILED UNDER SEAL because of the nature of the information contained therein in, and may not be made publicly available.

IT IS SO ORDERED this 17th day of September, 2021.

_____
JOHN L. WEINBERG
United States Magistrate Judge

Presented by:

*s/ Jonas Lerman*
JONAS LERMAN
Assistant United States Attorney

Order to Seal – 1
*United States v. Partlow*, CR21-122 RAJ