UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 21-122 RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| NICHOLAS PARTLOW, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

Offenses charged: (by Indictment)

Count 1: Conspiracy to Distribute Controlled substances, including methamphetamine (five grams of more), heroin, and fentanyl.

Count 2: Possession of methamphetamine with intent to distribute (5 grams or more)

Count 3: Possession of multiple firearms in furtherance of a drug trafficking crime.

Date of Detention Hearing:    September 17, 2021

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant and his counsel stipulated to the entry of a Detention Order; but have reserved the right to move to reopen the detention hearing when and if defendant is prepared to offer a release plan.

(2) The nature of the charges in the Indictment gives rise to a rebuttable presumption of detention. Defendant has offered nothing to rebut that presumption.

(3) Defendant was not interviewed by this court's pretrial services officer, as he and his counsel did not consent to such an interview. This has significantly limited the information available to the court..

(4) A search of his residence produced a wide array of firearms and controlled substances.

(5) In prior cases, defendant has demonstrated a severe problem with drug abuse. This was confirmed by the observations of officers at the time of a recent arrest. He has not complied with drug treatment program requirements in the past.

(6) Defendant has failed to appear at least six times in prior cases, leading to the issuance of bench warrants.

(7) While defendant was in contact with law enforcement officers for a period, he then "disappeared" for months in the summer of 2021.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1.  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of September, 2021..

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3