THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                )   No.  CR 21-122-RAJ
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )   ORDER GRANTING UNOPPOSED
                                         )   MOTION TO CONTINUE TRIAL
NICHOLAS M. PARTLOW,                     )   AND PRETRIAL MOTIONS
                                         )   DEADLINE
          Defendant.                     )
                                         )
_____)

THE COURT has considered the Defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Nicholas Partlow*; CR21-122RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (e) the additional time requested between the current trial date of March 21,

2   2022, and the new trial date is necessary to provide counsel for the defendant the

3   reasonable time necessary to prepare for trial, considering counsel's schedule and all of

4   the facts set forth above; and

5    IT IS THEREFORE ORDERED that the unopposed motion (Dkt. # 20) is

6   GRANTED.  The trial date in this matter is continued to May 9, 2022.  All pretrial

7   motions, including motions in limine, shall be filed no later than March 4, 2022.

8    IT IS FURTHER ORDERED that the period of delay from the date of this order

9   to the new trial date of May 9, 2022, is excludable time pursuant to 18 U.S.C. §§

10   3161(h)(7)(A) and (h)(7)(B)(iv).

11

12    DATED this 31st day of January, 2022.

13

14

15   _____

16   The Honorable Richard A. Jones
    United States District Judge

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DEADLINE - 2
(*U.S. v. Nicholas Partlow*; CR21-122RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**