Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:21-cr-122-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| NICHOLAS PARTLOW, | |
| Defendant. | |

This matter comes before the Court upon the United States' Motion to Seal. For good cause shown, it is HEREBY ORDERED that the Motion to Seal (Dkt. # 40) is GRANTED. Exhibits 1, 2, and 3 to the United States' Sentencing Memorandum shall remain filed under seal, and may not be made publicly available.

DATED this 23rd day of September, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1
*United States v. Partlow*, 2:21-cr-00122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970