JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00122-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| NICHOLAS PARTLOW, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Defendant's motion to file the sentencing memorandum and exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion (Dkt. # 43) is GRANTED.  Defendant's sentencing memorandum and exhibits shall remain under seal.

DATED this 23rd day of September, 2022.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER GRANTING
MOTION TO SEAL
(*USA v. Partlow* / 2:21-cr-00122-RAJ.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100