1
2
3
4
5                                                              The Hon. Richard A. Jones
6
7              UNITED STATES DISTRICT COURT FOR THE
8                  WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
9

10   UNITED STATES OF AMERICA,              NO. CR21-122-RAJ
11                        Plaintiff,
12          v.
13                                          **FINAL ORDER OF FORFEITURE**
     NICHOLAS PARTLOW,
14
                          Defendant.
15

16

17          THIS MATTER comes before the Court on the United States' Motion for a Final

18   Order of Forfeiture for the following property:

19          1.     Seven wristwatches seized from Defendant's residence on or about

20                 November 18, 2020;

21          2.     0.0064688 BTC (Bitcoin cryptocurrency);

22          3.     Electronic equipment seized from Defendant's residence on or about

23                 November 18, 2020, including a Lenovo laptop computer (serial number

24                 PF167KBK); a Dell Inspiron laptop (serial number JSJH723); an HP

25                 Chromebook laptop (serial number SCD43848X4); a Microsoft Surface

26                 tablet (serial number 032003623652); an Apple iPad tablet (serial number

27

FINAL ORDER OF FORFEITURE - 1
*United States v. Partlow,* CR21-122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| | DM537UGG5WQ); a white Apple iPhone 12 Pro (IMEI 353075114538486); a Samsung cellphone (IMEI 353457/101040935/3, serial number R28KC1KZGXP); an LG cellphone (IMEI 405CYUK291630); two Mavic Air 2 drones (serial numbers 3N3BH4K00200FN and 3N3BH8701203KG); a Seagate hard drive (serial number NAAX3TVZ); two WD hard drives (serial numbers WX51Ec65V8NR and wxv1e6889s16); a Trezor Cold Storage device; and a Samsung 256GB thumb drive; |
| 4. | Electronic equipment seized from Defendant on or about September 12, 2021, including an Apple iPhone (IMEI 353075110096448) and a silver, key-shaped LaCie thumb drive. |

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Partlow entered on March 7, 2022, he agreed to forfeit his interest in the above-identified property as proceeds of, property traceable to proceeds of, and property that facilitated the Defendant's commission of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C), to which he entered a plea of guilty (Dkt. No. 27);

2. On April 5, 2022, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853, and forfeiting to the United States Defendant Partlow's interest in it (Dkt. No. 34);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 35), and provided direct notice

FINAL ORDER OF FORFEITURE - 2
*United States v. Partlow,* CR21-122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to two identified potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A, & B); and,

4. The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 5th day of December, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Partlow,* CR21-122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970